U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2025 JUL 23 P 4: 59
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DANIEL LYDON**<br>**MICHAEL MYRICK**<br>**CASSANDRA SMITH**<br>**JEFFREY GLANTZ**<br>**CHASE HESKETH**<br>**PETER CALL**<br>**NICHOLAS PORTER**<br>**AMARI PERRY** | **Criminal No. 2:25-cr-00050-NT** |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Drug Conspiracy)

From about May 2024, through about April 2025, in the District of Maine and elsewhere, the defendants,

**DANIEL LYDON**
**MICHAEL MYRICK**
**CASSANDRA SMITH**
**JEFFREY GLANTZ**
**CHASE HESKETH**
**PETER CALL**
**NICHOLAS PORTER**
**AMARI PERRY**

knowingly and intentionally conspired with each other and with other persons, known and unknown, to distribute and to possess with the intent to distribute, 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), 50 grams or more of methamphetamine, and a quantity of a mixture or substance containing a detectable

amount of cocaine, being Schedule II controlled substances, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(A)(viii) and 841(b)(1)(C).

**QUANTITY OF CONTROLLED SUBSTANCES ATTRIBUTABLE TO EACH DEFENDANT**

With respect to the defendant, **DANIEL LYDON**, his conduct as a member of the conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count One, involved 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), and 50 grams or more of methamphetamine, being Schedule II controlled substances, and, therefore, the penalty provisions of Title 21, United States Code, Sections 841(b)(1)(A)(vi) and 841(b)(1)(A)(viii) are applicable to him.

With respect to the remaining defendants, their conduct as members of the conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count One, involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), and a quantity of a mixture or substance containing a detectable amount of cocaine, being Schedule II controlled substances, and, therefore, the penalty provisions of Title 21, United States Code, Sections 841(b)(1)(B)(vi) and 841(b)(1)(C) are applicable to them.

**COUNT TWO**
(Possession with Intent to Distribute Controlled Substances)

On about November 21, 2024, in the District of Maine, the defendant,

**DANIEL LYDON**

knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), and 50 grams or more of methamphetamine, both being Schedule II controlled substances, and did aid and abet such conduct, all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Sections 841(b)(1)(A)(vi) and (viii) apply to the conduct described herein.

**COUNT THREE**
(Distribution of Fentanyl)

On about August 8, 2024, in the District of Maine, the defendant,

**CASSANDRA SMITH**

knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and did aid and abet such conduct, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B)(vi) apply to the conduct described herein.

**COUNT FOUR**
(Distribution of Fentanyl)

On about September 13, 2024, in the District of Maine, the defendant,

**CASSANDRA SMITH**

knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and did aid and abet such conduct, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B)(vi) apply to the conduct described herein.

**COUNT FIVE**
(Distribution of Fentanyl)

On about February 11, 2025, in the District of Maine, the defendant,

**MICHAEL MYRICK**

knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and did aid and abet such conduct, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B)(vi) apply to the conduct described herein.

**COUNT SIX**
(Distribution of Fentanyl)

On about March 25, 2025, in the District of Maine, the defendant,

**JEFFREY GLANTZ**

knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and did aid and abet such conduct, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B)(vi) apply to the conduct described herein.

**COUNT SEVEN**
(Possession with Intent to Distribute Fentanyl)

On about March 25, 2025, in the District of Maine, the defendant,

**CHASE HESKETH**

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B)(vi) apply to the conduct described herein.

**COUNT EIGHT**
(Possession with Intent to Distribute Fentanyl)

On about March 26, 2025, in the District of Maine, the defendant,

**PETER CALL**

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B)(vi) apply to the conduct described herein.

**COUNT NINE**
(Possession with Intent to Distribute Cocaine)

On about April 10, 2025, in the District of Maine and elsewhere, the defendant,

**NICHOLAS PORTER**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TEN**
(Possession with Intent to Distribute Fentanyl)

On about April 15, 2025, in the District of Maine, the defendant,

**AMARI PERRY**

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-

4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B)(vi) apply to the conduct described herein.

**COUNT ELEVEN**
(Unlawful Use of Communication Facility)

On about March 21, 2025, in the District of Maine and elsewhere, the defendant,

**MICHAEL MYRICK**

knowingly and intentionally used a communications facility, the telephone, in committing, and in facilitating the commission of, a felony under Title 21, United States Code, Sections 846 and 841(a)(1), that is the offense set forth in Count One of this indictment, incorporated by reference, all in violation of Title 21, United States Code, Section 843(b).

**COUNT TWELVE**
(Unlawful Use of Communication Facility)

On about March 24, 2025, in the District of Maine and elsewhere, the defendant,

**JEFFREY GLANTZ**

knowingly and intentionally used a communications facility, the telephone, in committing, and in facilitating the commission of, felonies under Title 21, United States Code, Sections 846 and 841(a)(1), that is the offense set forth in Count One of this indictment and the offense set forth in Count Six of this indictment, both incorporated by reference, all in violation of Title 21, United States Code, Section 843(b).

**COUNT THIRTEEN**
(Unlawful Use of Communication Facility)

On about March 24, 2025, in the District of Maine and elsewhere, the defendant,

**CHASE HESKETH,**

knowingly and intentionally used a communications facility, the telephone, in committing, and in facilitating the commission of, felonies under Title 21, United States Code, Sections 846 and 841(a)(1), that is the offense set forth in Count One of this indictment and the offense set forth in Count Seven of this indictment, both incorporated by reference, all in violation of Title 21, United States Code, Section 843(b).

**COUNT FOURTEEN**
(Unlawful Use of Communication Facility)

On about March 26, 2025, in the District of Maine and elsewhere, the defendant,

**PETER CALL**

knowingly and intentionally used a communications facility, the telephone, in committing, and in facilitating the commission of, acts constituting felonies under Title 21, United States Code, Sections 846 and 841(a)(1), that is the offense set forth in Count One of this indictment and the offense set forth in Count Eight of this indictment, both incorporated by reference, all in violation of Title 21, United States Code, Section 843(b).

**COUNT FIFTEEN**
(Unlawful Use of Communication Facility)

On about April 10, 2025, in the District of Maine and elsewhere, the defendant,

**NICHOLAS PORTER**

knowingly and intentionally used a communications facility, the telephone, in committing, and in facilitating the commission of, felonies under Title 21, United States Code, Sections 846 and 841(a)(1), that is the offense set forth in Count One of this indictment and the offense set forth in Count Nine of this indictment, both incorporated by reference, all in violation of Title 21, United States Code, Section 843(b).

**COUNT SIXTEEN**
(Unlawful Use of Communication Facility)

On about April 15, 2025, in the District of Maine and elsewhere, the defendant,

**AMARI PERRY,**

knowingly and intentionally used a communications facility, the telephone, in committing, and in facilitating the commission of, felonies under Title 21, United States Code, Sections 846 and 841(a)(1), that is the offense set forth in Count One of this indictment and the offense set forth in Count Ten of this indictment, both incorporated by reference, all in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count One of this Indictment, the defendants,

**DANIEL LYDON**
**MICHAEL MYRICK**
**CASSANDRA SMITH**
**JEFFREY GLANTZ**
**CHASE HESKETH**
**PETER CALL**
**NICHOLAS PORTER**
**AMARI PERRY**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, all pursuant to Title 21, United States Code, Section 853.

Signature Redacted – Original on file with the Clerk's Office

Date: July 23, 2025

Grand Jury Foreperson

(Assistant) United States Attorney